IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID EDWARDS,

    Plaintiff,                    No. CIV S-11-3222 WBS GGH P

    vs.

CSP SOLANO, et al.,

    Defendants.              ORDER

        Plaintiff, a state prisoner proceeding in forma pauperis, sought relief pursuant to 42 U.S.C. § 1983. Judgment was entered in this action on February 28, 2012. On March 12, 2012, plaintiff filed a notice of appeal and, on March 19, 2012, the Ninth Circuit referred this case "to the district court for the limited purpose of determining whether in forma pauperis status should continue for this appeal or whether the appeal is frivolous or taken in bad faith." See Referral Notice (Docket # 19) (citing 28 U.S.C. § 1915(a)(3); Hooker v. American Airlines, 302 F.3d 1091, 1092 (9th Cir. 2002)).

        The Federal Rules of Appellate Procedure provide as follows:

> [A] party who was permitted to proceed in forma pauperis in the district-court action . . . may proceed on appeal in forma pauperis without further authorization unless . . . the district court — before or after the notice of appeal is filed— certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled

1

to proceed in forma pauperis and states in writing its reasons for the certification or finding. . . .

Fed. R. App. P. 24(a)(3).

After review of the record herein, the court finds that plaintiff's appeal is frivolous. The original complaint having failed to show the denial of a constitutional right was dismissed with plaintiff granted leave to amend. Upon filing an amended complaint, plaintiff again failed to set forth a cognizable claim pursuant to 42 U.S.C. § 1983, and this case was dismissed with prejudice for plaintiff's failure to state a claim upon which relief can be granted.

Accordingly, it is found that:

1. Plaintiff's appeal is frivolous and not taken in good faith;

2. The Clerk of the Court is directed to serve this order upon the Ninth Circuit Court of Appeals.

DATED: March 21, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:009
edwa3222.ngf